| Date | Pleading Number | |
|---|---|---|
| 1/3/72 | 1 | Motion of defendant, The Southland Corporation, to transfer pursuant to 28 U.S.C. §1407 (A-1 through A-38) to the Northern District of California for consolidated or coordinated pretrial proceedings; Memorandum in Support of Motion and Certificate of Service |
| 1/4/72 | | Addition to certificate of service |
| 1/7/72 | 2 | Southland Corp., First Amendment to its Motion to Transfer w/cert. of service. adding B-1, B-2, B-3 |
| 1/11/72 | 3 | United Grocers, Ltd. defendant response to motion for consolidation in the N.D. California w/cert. of service |
| 1/14/72 | | Copeland Sausage request for ext. to file and serve response to 1/25/72. |
| 1/14/72 | | ORDER - extending time to 1/25/72 for all responses. Notified counsel |
| 1/20/72 | 4 | HILLS BROS., INC. defendant response to motion to transfer w/ cert. of service. |
| 1/24/72 | 5 | JOHN MORRELL & CO brief to motion to transfer w/cert. of service. |
| 1/24/72 | 6 | Plaintiffs Piper, Sarkis and Wiegel response to motion w/cert of service. |
| 1/24/72 | 7 | COPELAND SAUSAGE CO. response to motion w/cert. of service. |
| 1/26/72 | 8 | E.D. Pa. plaintiffs joint brief for consolidation N.D. Ca. w/cert. of service |
| 1/27/72 | 9 | Response of 36 California plaintiffs to defendants motion to transfer w/cert. of service. |
| 2/1/72 | 10 | Addendum to breif of defendant Copeland Sausage Co. stating they are deemed a named but unserved defendant. |
| 2/1/72 | 11 | Second Amendment to Southland Corp. Motion to Transfer adding Robert Hornbaker, et al. v. The Southland Corp., E.D. Pa., 72-149 w/cert of service |
| 2/1/72 | 12 | Reply Brief of Southland Corp., w/cert. of service. |
| 2/1/72 | | HEARING ORDER - Setting A-1 through C-1 for hearing, Feb. 25, 1972 Denver, Colorado. Notified Counsel, involved judges. |
| 2/1/72 | 13 | PLACE & GERA Inc. response to motion to transfer w/cert. of service |
| 2/4/72 | 14 | Supplemental Memorandum of The Southland Corp. w/cert of service. |
| 2/14/72 | 15 | Plaintiff Sullivan statement in not opposing transfer and not represented at hearing 2/25/72 Denver, Colorado |
| 2/22/72 | | HILLS BROS INC. - Withdrawal of memorandum in Opposition to motion to transfer |
| 4/4/72 | | TRANSFER ORDER - Consolidating litigation in the N.D. California pursuant to 28 U.S.C. §1407 and assigning litigation to Robert S. Schnacke. (A-1 thru C-1) |
| 10/10/72 | 15 | MORRIS AND DORA COHEN V. THE SOUTHLAND CORP., E.D.PA, CA72-1777 Order to Show cause entered today. Notified counsel. involved Judges. |
| 10/26/72 | | MORRIS AND DORA COHEN V. THE SOUTHLAND CORP., E.D.PA CA72-1777 reqyest from plaintiff for extension to file and serve response to OSC. ORDER extending to all parties to and including Nov. 3, 1972 to file and serve response to SCO |
| 11/2/72 | 16 | MORRIS AND DORA COHEN response to Order to show cause w/brief and cert of service |
| 11/3/72 | 17 | southland CORP. response to Order to show cause. |
| 11/8/72 | 18 | PLAINTIFFS RESPONSE TO SOUTHLAND RESPONSE filed 11/3/72 |
| 11/9/72 | 19 | SOUTHAlND CORP., to plaintiffs' opposition to transfer w/cert. of service |

| Date | Pleading Number | |
|---|---|---|
| 1/3/73 | 20 | Cohen v. Southland, E.D. Penna., 72-1777 |
| | | Letter from defendant stating matter could be submitted on briefs without hearing |
| | 21 | Letter from plaintiff stating matter could be submitted on briefs without hearing |
| 3/14/73 | | Arthur Eugene Dailey, et ux v. The Southland Corp., D. Org. Civ. 73-14 |
| | | CTO entered today. Notified counsel, involved judges. |
| 3/30/73 | | Arthur Eugene Dailey, et ux v. The Southland Corp., D. Org., Civ 73-14 |
| | | CTO final today. Notified clerks, involved judges |
| 4/25/73 | | MORRIS AND DORA COHEN V. THE SOUTHLAND CORP., E.D.PA. 72-1777 |
| | | OPINION and Order transferring action to the N.D. Calif. for assignment to Judge Schnacke. Distribution made. |
| 1/16/74 | | XXXXXXXXXXXXXXXXXXXXXXXX AGIATO V. SOUTHLAND, E.D.PA, 73-2747 |
| | | CTO entered today. Notified LC counsel, involved judges |
| 2/4/74 | | AGIATO V. SOUTHLAND, E.D.PA., 73-2747 |
| | | CTO final today. Notified transferee clerk, involved judges, transferor clerk |
| 4/9/74 | | CARSON E. WEAVER V. SOUTHLAND CORP., E.D.PA. 74-790 |
| | | CTO entered today. Notified counsel, involved judges, |
| 4/25/74 | | CARSON E. WEAVER. ET AL. V. THE SOUTHLAND CORP., E.E.PA., 74-790 |
| | | CTO final today. Notified transfere clerk and judge, transferor clerk and judge |

DOCKET NO. 97 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*unpublished*

O&O 4/25/73 - 358 F Supp 286

Description of Litigation  Computer ID Code 97I

IN RE 7-ELEVEN FRANCHISE ANTITRUST LITIGATION

## Summary of Panel Action

Date(s) of Hearing(s) **2/25/72**

Date(s) of Opinion(s) or Order(s) **4/4/72**

Consolidation Ordered **4/4/72**   Name of Transferee Judge **Robert H. Schnacke**

Consolidation Denied ____   Transferee District **N.D. California**

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Robert Miner, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | 46865 | | | 5/27/5 | |
| A-2 | Elmer Fernandes, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-594 | | | 5/27/75 | |
| A-3 | Gordon Bechard, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-677 | | | 5/27/75 | |
| A-4 | Joseph Romeo, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-1369 | | | 5/27/5 | |
| A-5 | Ray Wellman, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-1462 | | | 5/27/5 | |
| A-6 | Stephen Nicholson, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-1467 | | | 5/27/5 | |
| A-7 | Darrell Oman, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-1564 | | | 5/27/5 | |
| A-8 | Harry Phippen, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-1593 | | | 5/27/5 | |

DOCKET NO. __97__ (CONTINUED)      PAGE __2__

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-9 | Jay Mills, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-1628 | | | 5/27/75 | |
| A-10 | Charles Bell, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-2533 | | | 5/27/75 | |
| A-11 | Cres Blasquez, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-2534 | | | 5/27/75 | |
| A-12 | Calvin Buck, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-2535 | | | 5/27/75 | |
| A-13 | Kenneth Dunn, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-2536 | | | 5/27/75 | |
| A-14 | Warren Dunn, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-2537 | | | 5/27/75 | |
| A-15 | Eldon Easter, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-2538 | | | 5/27/75 | |
| A-16 | Bernard Flood, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-2539 | | | 5/27/75 | |
| A-17 | Donald Freeman, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-2540 | | | 5/27/75 | |
| A-18 | Joseph Herbst, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-2541 | | | 5/27/75 | |
| A-19 | Edward Holderfield, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-2542 | | | 5/27/75 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-20 | Robert Houck v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-2543 | | | 5/27/75 | |
| A-21 | George Lee v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-2544 | | | 5/27/75 | |
| A-22 | Roger Lucero, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-2545 | | | 5/27/75 | |
| A-23 | Richard Martin, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-2546 | | | 5/27/75 | |
| A-24 | Douglas McKinney, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-2547 | | | 5/27/75 | |
| A-25 | Cecil Miller, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-2548 | | | 5/27/75 | |
| A-26 | Wright Simpson, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-2549 | | | 5/27/75 | |
| A-27 | Edward Tomac, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-2550 | | | 5/27/75 | |
| A-28 | Benny Toms, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-2551 | | | 5/27/75 | |
| A-29 | Dale Wright, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-70-2552 | | | 5/27/75 | |
| A-30 | Irene Brackett v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-71-1 | | | 5/27/75 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-31 | Ralph Wilson, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-71-102 | | | 5/27/5 | |
| A-32 | Fred Orloff, et al. v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-71-257 | | | 5/27/75 | |
| A-33 | David Vaughn, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-71-265 | | | 5/27/5 | |
| A-34 | Louis Kruse, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-71-329 | | | 5/28/75 | |
| A-35 | Dennis Meydam v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-71-330 | | | 5/27/5 | |
| A-36 | Fred Turnier, et ux v. The Southland Corporation, et al. | N.D. Cal. Schnacke | C-71-633 | | | 5/27/5 | |
| A-37 | Joseph D'Amore, Jr. v. The Southland Corporation | E.D. Pa. Davis | 71-2764 | 4/4/72 | 72-745 | 5/27/75 | |
| A-38 | William A. Sullivan v. The Southland Corporation, et al. | S.D. Fla. Atkins | 71-1709-CIV-CA | 4/4/72 | 72-701 | 5/27/75 | |
| B-1 | James A. Piper, et Ux v. The Southland Corp., | N.D.Cal. Schnacke | C-71-2406 | | | des | * |
| B-2 | Skander Sarkis, et ux. v. The Southland Corp. | N.D. Cal Schnacke | C-71-2407 | | | des | * |
| B-3 | Vincent J. Wiegel, et ux. v. The Southland Corp. | N.D. Cal Schnacke | C-71-2408 | | | 5/27/75 | |
| C-1 | Robert Hornbaker, et al. v. The Southland Corp. | E.D. Pa. Davis | 72-149 | 4/4/72 | 72-746 | 5/27/75 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-1 | Lyn Stevens v. The Southland Corp. | N.D. Calif RHS | 72-1079-RHS | | | 5/27/5 | |
| XYZ-2 | Milton Stealey v. The Southland Corp. | N.D.CAL | 74-0723-RHS | | | 5/27/5 | |
| XYZ-3 | John Jewett v. The Southland Corp., et al. | N.D.Cal. | 74-965-RHS | | | 5/27/5 | |
| C-2 | Morris and Dora Cohen, et al. v. The Southland Corp. | E.D. PA | CA 72-1777 | 4/25/73 | 73-954 | | SCO 10/10/72 |
| C-3 | Arthur Eugene Dailey, et ux v. The Southland Corp. 3/14/73 | D. Oregon | Civ 73-14 | 3/30/73 | 73-582 | | |
| C-4 | Joseph A. Agiato, v. The Southland Corp. 1/16/74 | E.D.Pa. | 73-2747 | 2/4/74 | 74-528 | 5/27/75 | |
| C-5 | Carson E. Weaver, et al. v. The Southland Corp. 4/9/74 | E.D. Pa. | 74-790 | 4/15/74 | 74-985 | 5/27/5 | |

5 Transfers tr 6/30/73

7 transfers to 6/30/74

Verified correct by Tri Court - May 9, 1975

Transfers     7
XYZ Cases    42
             ___
             49
dismissed     1
             ___
pending      48

Changes

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 97 -- IN RE 7-ELEVEN FRANCHISE ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 thru A-36 ×423 | John F. Jackson, Esquire 465 S. Mathilda Ave. Sunnyvale, Calif. | THE SOUTHLAND CORPORATION G. Duane Vieth, Esquire Peter K. Bleakley, Esquire J. Bradway Butler, Esquire Arnold & Porter 1229 19th Street, N.W. Washington, D.C. 20036 |
| A-37 | David Berger, Esquire Herbert B. Newberg, Esquire Joseph R. Lally, Esquire 1622 Locust Street Philadelphia, Pennsylvania 19103 | BOB OSTROW MEAT COMPANY M. Laurence Popofsky, Esquire Stephen V. Bomse, Esquire Heller, Ehrman, White & McAuliffe 44 Montgomery Street San Francisco, California 94104 |
| A-38 | Harold Brown, Esquire 89 State Street Boston, Massachusetts 02109 | PLACE & GERA, INC. Russell V. Hofvendahl, Esquire Cottrell, Hofvendahl & Roessler 210 North 4th Street San Jose, California 95112 |
| | Paul E. Gifford, Esquire 11th Floor, Dade Federal Building Miami, Florida 33131 | UNITED GROCERS CORPORATION Claude N. Rosenberg, Esquire Bacigalupi, Elkus, Salinger & Rosenberg 33rd Flr., Bank of America Center 555 California Street San Francisco, California 94104 |
| | Goldstein, Franklin, Cronin & Shrank 2020 N.E. 163rd Street North Miami Beach, Florida 33162 | |
| B-1 B-2 B-3 | Brown & Tierney 2807 Castro Valley Boulevard Castro Valley, Calif. 94546 | HILL BROS., INC. (HILL BROS-STEPHENS, INC Shutts & Bowen Tenth Floor First National Bank Building Miami, Florida 33131 |
| C-1 | Same as A-37 (Berger) Sheridan Morgan, Esq. 1200 City Nat'l Bank Bldg 928 Grand Ave. Kansas City, Mo. 64106 | COPELAND SAUSAGE COMPANY Post Office Box 26, N.W. Branch Miami, Florida 33127 GREEN GIANT COMPANY Harry L. Shinderman, Esq. Covington & Burling 888 Sixteenth Street, N.W. Washington, D.C. 20006 |

| No. | Plaintiff | Defendant |
|---|---|---|
| C-2 | Edward C. German, Esq.<br>LaBrum & Doak<br>1500 Seven Penn Center Plaza<br>Philadelphia, Pa. 19103 | Charles I. Mueller Esq.<br>McKenna, Fitting & Finch<br>1920 Mills Tower<br>220 Bush St<br>San Francisco 94104 |
| C-3 | John M. Berman, Esq.<br>Craig E. Iverson, Esq.<br>Dezendorf, Spears, Lubersky<br>  & Campbell<br>800 Pacific Building<br>Portland, Oregon 97204<br><br>Robert M. Brauer, Esq.<br>310 Sansome St, Ste 1000<br>San Francisco 94104 | |
| C-4 | Berger (Liaison Counsel) | |
| C-5 | Berger (Liaison Counsel) | |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

p. 1

DOCKET NO. 97 -- IN RE 7-ELEVEN FRANCHISE ANTITRUST LITIGATION

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| SOUTHLAND CORPORATION | A-1 thru A-36; A-37; A-38 B-1; B-2; B-3; C-1 2-3-4-C-5 |
| SPRECKLES DAIRY INC. (NOT SEPARATE ENTITY- DIVISION OF SOUTHLAND) | A-1 thru A-36 |
| BOB OSTROW MEAT CO. | A-1 thru A-36 |
| UNITED GROCERS CORP. | A-1 thru A-36 |
| COPELAND SAUSAGE CO. | A-38 |
| HILL BROS.-STEPHENS, INC. | A-38 |
| PLACE & GERA, INC. | A-1; A-3 |
| ~~GREEN GIANT CO.~~ (subsidiary of Copeland Sausage Co.) | ~~A-38~~ |